No. 03–7999. JONES v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Reported below: 74 Fed. Appx. 317;

No. 03–8067. CAPETILLO v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Reported below: 71 Fed. Appx. 348;

No. 03–10877. JOHNSON v. VIRGINIA. Sup. Ct. Va. Reported below: 267 Va. 53, 591 S. E. 2d 47;

No. 03–11049. BARRAZA v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. Ct. Crim. App. Tex.;

No. 04–6155. DUKE v. ALABAMA. Ct. Crim. App. Ala. Reported below: 889 So. 2d 1; and

No. 04–6643. DYCUS v. MISSISSIPPI. Sup. Ct. Miss. Reported below: 875 So. 2d 140. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Roper* v. *Simmons*, 543 U. S. 551 (2005).

No. 04–975. LEWIS v. UNITED STATES. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Booker*, 543 U. S. 220 (2005).

No. 04–7074. BAEZ v. BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Clark* v. *Martinez*, 543 U. S. 371 (2005).